# EXHIBIT A

1  RANDALL S. LUSKEY (STATE BAR NO. 240915)
   rluskey@orrick.com
2  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
3  405 Howard Street
   San Francisco, CA 94105-2669
4  Telephone: (415) 773-5700
   Facsimile: (415) 773-5759
5
   ELYSE D. ECHTMAN (admitted *pro hac vice*)
6  eechtman@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
7  51 West 52nd Street
   New York, New York 10019-6142
8  Telephone: (212) 506-5000
   Facsimile: (212) 506-5151
9
   CHRISTINA GUEROLA SARCHIO (admitted *pro hac vice*)
10 csarchio@orrick.com
   JONATHAN A. DIRENFELD (admitted *pro hac vice*)
11 jdirenfeld@orrick.com
   ORRICK, HERRINGTON & SUTCLIFFE LLP
12 1152 15th Street, N.W.
   Washington, D.C. 20005
13 Telephone: (202) 339-8400
   Facsimile: (202) 339-8500
14
   Attorneys for Defendant
15 SolarCity Corp.

16

17                    **UNITED STATES DISTRICT COURT**

18                    **NORTHERN DISTRICT OF CALIFORNIA**

19

20 GEORGE MORRIS, JOSE ALBINO          Case No. 3:15-cv-05107
   LUCERO JR. and DAVID HALL on Behalf of
21 Themselves and all Others Similarly Situated,

22         Plaintiffs,

23    v.                                **DEFENDANT SOLARCITY CORP.'S
                                        NOTICE OF DEPOSITION TO
24 SOLARCITY CORP. and LEAD GENESIS,    PLAINTIFF GEORGE MORRIS**
   INC.,
25
           Defendants.
26

27

28
                                                DEFENDANT SOLARCITY CORP.'S
                                                DEPOSITION NOTICE TO PLAINTIFF GEORGE
                                                MORRIS
                                                3:15-cv-05107

**TO PLAINTIFF GEORGE MORRIS AND HIS COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendant SolarCity will take the deposition upon oral examination of Plaintiff George Morris before a notary public or other officer authorized to administer oaths, at the offices of Gibson, Dunn & Crutcher LLP, 2100 McKinney Avenue, Suite 1100, Dallas, Texas 75201 on November 16, 2016, beginning at 9:30 a.m. and continuing for up to eight hours.

The deposition will be recorded by a certified stenographic reporter and may be recorded by video.

DATED: October 19, 2016        ORRICK, HERRINGTON & SUTCLIFFE LLP

By: */s/*
RANDALL S. LUSKEY
ELYSE D. ECHTMAN
CHRISTINA GUEROLA SARCHIO
JONATHAN DIRENFELD

*Attorneys for Defendant SolarCity*

# CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of October, 2016, I caused a copy of **Defendant's Notice of Deposition of Plaintiff George Morris** to be served via e-mail on the following:

Joshua Arisohn
Bursor & Fisher, P.A.
888 Seventh Avenue
New York, NY 10019
jarisohn@bursor.com

L. Timothy Fisher
Bursor & Fisher, P.A.
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
ltfisher@bursor.com

Karl S. Kronenberger
Jeffrey M. Rosenfeld
Kronenberger Rosenfeld, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@KRInternetLaw.com
jeff@KRInternetLaw.com
leah@KRInternetLaw.com

   */s/ Jonathan Direnfeld*
   Jonathan Direnfeld